**FOUR YEAR, LARGE, PUBLIC UNIVERSITIES OF UW SYSTEM, ALLEGED 'COMMERCIAL TORT FEASOR' TO THE TORTIOUSLY INTEFERED ESTATE OF BRANDON K WATSON, COMPLAINANT**

9-10-26

26 CV 8245

**COMPLAINANT BRANDON KEITH WATSON** IN

*'NOTICE OF INSTITUTIONAL TERMINATION',*

BEHIND WRONGFUL ACTS, BRAZEN MISREPRESENTATIONS, INTENTIONALLY, ON PURPOSE AND IN A DELIBERATE MANNER, AS OBSTRUCTIONISM HAS RAVEGED, CONTINUES TO HIS LIVING WISHES, MINUS TRANSSEXUALS OF LONG STANDING CRIMINAL IMPERSATION.

RECEIVED SDNY PRO SE OFFICE 2026 SEP 18 PM 12:04

**PARTIES:**

**UNIVERSITY OF WISCONSIN SYSTEM, RESPONDENT:**

State authority over large, public universities and

*'monopolistic, aristocratic surname' unfair competition Richard J Stafford and scions are blameworthy of, complains complainant Watson.*

Trillions of U.S. dollars were funneled through this governmental branch of fall profligacy and nutritional espionage following sudden, counter material document ambush in Waukesha county civil court, fall of 2002, for the neurologically ailed 'compulsive eating disorder' patient of neuropathological ailments, starkly adverse to more intensified, involuntary motor stammering living conditions and the pharmalogical dependencies at least three patients/fellows to the National Organization for Tardive Dyskensia , involuntary 'uncontrollable' physical body turbulence and past affiliates of the system currently suffering from: 'pedestrian assistance needed, incontinence difficulty and rapidly moving pupils'.

**RENNE WACHTER,PRESIDENT OF THE UNIVERSITY SYSTEM, RESPONDENT:**

Presiding over the many over a dozen large, public universities of the Dairyland, this educational lead knows of obstructionism, deliberate threat of sex cut off, many have succumbed to before poignant, routine "farewell parties" and guns or hospitalizations, or even death that come with,

Michael Tyson and UW system feeder school Rufus King's high melee of 2015 or before.

North Atlantic Treaty Organization, international governmental miliary alliance of deterrence towards global dispute, conflict, is possibly knowledgeable of past 'airborne' hostages aboard commercial, private aircraft carriers, following, months, years 'violent induction' into a white supremacy extremism conglomerate, as previously named.

Exoneration from school of medicine, school of law, BAR, medical board affiliates involved in 'romantic colonialism' neat certain from 'financial, sexual' perks, submissiveness of violent coverts, at least a decade or two, the mostly, white male teenagers' senior. University of Wisconsin-Madison, in past, have experience irate, disowned spouses be prevented, incur death behind 'racial superiority' avante garde romantic relationship, marriages.

Judge Stolz of Walworth County probate court named in departing, terminating notice of University of Wisconsin system.

Rome, Clifford Katz & Koerner LLP, 214 Main Street, Hartford, Conn., 06106, Allan W. Koerner, attorney or record

named as attorney of record and immediate institutional texatrix Jaqueline Mars, Abigail Disney and Sue Gross of National Organization for Tardive Dyskinesia, named 'institutional securities beneficiary' holder, with 2.31% of residuary considerable securities.

Leon Dash, former Washington Post award winning journalist, was named with student affairs of University Housing department of University of Illinois-Urbana Champaign and knows of a UW Madison gradate who engaged in over a decade worth of libel, defamatory on live segment gestures. National Association of Black Journalist, rumored affinity organization among obstructionism perpetuators for close to one year and the profligate, wild spending, manner which came about 2025, 2026 from complainant Watson's estate.

Peter Neufeld of UW Madison, Wisconsin BAR named as respondent counsel.

## Conclusion

Estate planner, complainant Watson names all parties in this institutional termination notice within estate restoration phase of fiscal 2026. Future dealings with third parties of the UW system will most likely come by way of the American bar association and International Justice Court.

Neurochemical dependency of daily marijuana consumption coincides, collides with neat eleven years of homelessness and unwillingness to adhere to subservience, as in 'obey a direct order'.

A fall 2002 cease and desist order for University Housing is mentioned with Met Life and dental damage of a former men's basketball roster member disturbing, still, years later, although just learning of the tragedy recently.

Illinois State board of Education legal counsel Kristen Kennedy came into discovery recently by complainant of caridology admission request to 'poor eating habits, tendency to consume food items fried in yellow grease", primarily of entering freshmen on the Champaign, Ill., campus, originally from Cook county and a troubled, talented Chicago public school system.

Cucumber, lettuce was mentioned to the Urbana-Champaign student affairs coordinator and far away west a Redding, Calif., organic farm backing the efforts.

CEO Jerome Wong of Esko Bionics named with the recent majority stake in the industrial robotics outfit.

Pabst Steinmetz Foundation comes into apologies for useless efforts in game of basketball, since 1995 to 2003 and Emeritus Alkire's mention with the Chemical biomolecular engineering department at large, public universities of the Big Ten conference of NCAA, evidencing Paul Eberhardt, Jeffrey Kaminsky o f University of Wisconsin Superior didn't breach criminal conduct code when 'widely syndicating, disbursing' highlight basketball workout montage /footage to over 50 NBA franchises, unwanted.

Former governor Scott Walker and Milwaukee Mayor Tom Barrett hold insight on Osaka, Japan Omni Hotel heist, kidap slaying and muqoid plaque discharge, extraction associated with the estat of

Evergreen Maritime CEO unnamed came into receipt of a court document descriptive content section of a former television show cast member who is attractive and dangerously lethal, in past admission to making a series of blunt, candid remarks to a now deceased, fire charred foster guardian in the fall of 2004 behind 'post parental termination' remarks and ensuing party at a Jesuit College and University, ATF leads were encouraged to grant 'high powered' firearm licenses to athletic staff memvers, behind world class gorgeous women on campus and the faculty members who contain firearm in adjunct classes they teach, instruct.

A possible surrogacy exist via anti-psychotics from the late 90's between the Big Ten conference and Church of God In Christ 'religion conversion' convert of past life altering injury trauma, exceeding three occasions. Admission to athletic failure was restated by the respondent and poignant Kentucky federal prison hatful speech to a well known associate of complainant chilling to the highest degree.

Automotive, sexual and nutritional videography this actress has watched of the complainant, from the states of IA, MN, WI and even has called 911 emergency while engaged in sexual acts. Future incarceration or not awaits the tv star.

**NEW YORK LIFE 2004 'DESIRABLE' LIST OF TEXATRIX IMPOSSIBLE TO SATISFY AS TEXATRIX BROOKS AND CANDID VIDEO DIALOGUE**

Named as texatrix Brooks, this former Rufus King high school student and Marquette graduate took offense to a bequeathed Thiensville, Wisconsin parcel of realty, years after hateful speeches before New York Life Co., following Watson's declared 'non-responsibility for retrieving mob beaten 'tenured sports enthusiast' or college aged females with publicly traded company trademark affiliation.

Rockford, Illinois; July 2006 and Moorhead, Minn.; Nov. 2006 saw complainant mob beating while defenseless, helpless and counter activity on New York life and offended tort feasors. Steve Kandarin is in possession of videography of complainant.

familial disowning, human bondage reality linked to the 1999 NBA FUNALS team and current defensive coordinator for foreign club, LA Clippers of notice, importance.

Failed attempts, hospitalizations and surprise attacks sum up immature, unacceptable behavior of future and one anti-terrorism leads grow abreast of quarterly, as end of third 2026 bodes well for the low cut risk craver.

No further contact with any Tik Tok, Redbird Capital or Petronas Chemical Group of Malaysia affiliates centered in Madison Square Garden-Oracle class action, anti-trust arbitration surrounding deliberate torts, intentionally and father and son tragedies among others.

University of Wisconsin-Madison, has in the past, experienced visitors on campus who also entered Madison Square Garden or any other public sports venue on a large, public university, believes arguer Watson., grounds for venue, jurisdiction, if warranted.

**CONLEY PUBLISHING ROTARY CHEW VIDEOGRAPHY, AMONG HOURS AMASSED, SPRING 2003:** Christine A. Specht of Cousins Subs came into recent of a six figure gratuity gift behind free lunch in 2003 in Beaver Dam and hate group espionage airing many times over of 'chicken breast sub' sandwich and years later mention.

**TRADER JOE'S, PRINCETON UNIVERSITY SLAVIC STUDIES 'NOTICE OF CONSUMER TERMINATION'**

Machine gun blast of certainty from a former Spokane, Wash., resident recommended to lead the UCLA Bruins, according to telepathic rumors and a Westwood Village Trader Joe's grocer 'organic mango', 'eda mane' offset with popcorn, peanuts.

Distant tort feasors from UW Waukesha were encourgaged to dispatch Monrovia police when dialing 911, as requested by the departing consumer complainant, as named with a second notice for Princeton University and a media incubator for college students, too, dismissed behind intentional tort of negligent infliction of emotional distress.

**NEW YORK LAW AND ORDER TEXATRIX TORT**

Unnamed John Doe 646 is considerable, possibly, best high school point guard in state of Illinois history, won consecutive NBA championships and experienced dental, nasal damage of female coverts to a white supremacy extremism conglomerate as already named, "Anonymous, syndicated" organization.

John Doe 646 knows distinct technicalities in the game of professional basketball, and unique, rarely used slang terminology of which complainant doesn't, as neither lighting foot speed or ability to handle physical basketball in "outstanding" showing.

Verbal communicative ostracism, complainant Watson lacked between the late 80's superstar and again terminates consumer relationship with MSG GO Eats, public venue vending service to which Delaware North of Buffalo, New York is cited. John Doe 646 has seen videography, viewed pictorial of complainant Watson 'consuming food items fried in yellow grease'.

Psychiatric deficiencies stemming from postal mail inquiries to prep, college coaches in search of scholarship reverberate to Florida International University in Miami, Florida and one video coordinator, perhaps, when the former Detroit Piston was taking on head coaching duties of the NCAA division one school.

"Vile, heinous hate crimes on the large, public university also involved poignant, heart felt 'parental, sibling' disowning remarks of harsh nature', to which the Indiana University, possibly, holds some experience in, either inferences, veriables, alleges arguer, complainant Watson.

**NBA WORLD CHAMPS FROM NEW YORK KNICKS TEAMS OF 1970, 1973**

Past roster members of the 1970, 1973 New York Knick hold considerable knowledge of players past companions retaining body guards for them and adamant stances 'sexual history' of the designated sports enthusiast is over and the 'turbulent, ruptured' emotions which come, sometimes, on telephonic voicemail.

A Mr. Earl Monroe Madison Square Garden is named with Kohl Center and all other Big Ten athletic conferences of the NCAA forbidding himself from proximity or entrance and acceptance of an unfortunate past friendship betrayal and brutally disturbing

deprivation for the 'health freak' of euphric cluster, fossilized muqoid plaque, extraction, reverberating 6,266 miles away in distant Beijing recently.

**OCCUPATIONAL DEPRIVATION ALLEGATIONS**

Admittingly, complainant Watson argues the University of Wisconsin system conspired with two or more individuals to 'occupationally' deprived him of future taxation history, and certainty of limited, to no dealings with local, federal authorities. Public shamming, manufactured civil class action torts of structural error acceptance by non-judges, unlicensdd, otherwise disbarred plagued employment prospective for the young twenty something complainant, before year 2007.

**PERIPHERAL NEUROPATHOLOGICAL CONSPIRACIES**

Conspiracy to reverberate sexual intensity via blindside tryst a considerable amount of current, past associates reengaged in on the UW Campuses, panging the patients' brachial plexus' and thus inflicting structural nerve damage difficulty 'perpiheral neuripathy'.

A percentage of past alumni, graduates suffer from the neuropathological ailment.

**INDIANA UNIVERSITY TORT FEASORS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FALL OF 2002 INVISIBILITY INTRACACIES**

Reflective of never seeing him in person, a hall of fame BA guard went on in hate group traditional peonage of the less fortune, athletically and filmed footage of the 18-year-old University of Wisconsin-Waukesha student before women who never date, persistently, sometimes daily, hourly, laughed in pity, disgust of the, then, 1984 Buick Regal unlicensed driver.

This former NBA World Champion allowed for friends, relatives to enter his living quarters unauthorized and dear old matriarch had her word or two to say behind the Milwaukee Riverside high school graduate. Invisibility from aerospace of NASA leaves the entire mishap as is and not of future viewing, quips complainant.

Nutritional menu item calorie fact of the NFL club Las Vegas Raiders franchise consumer termination of past fast food chain Raisin Canes:

- **Chicken Finger:** 130 calories per finger
- **Cane's Sauce:** 190 calories per serving
- **Crinkle-Cut Fries:** 390-400 calories per serving
- **Texas Toast:** 140-150 calories per slice
- **Coleslaw:** 100 calories per serving
- **Chicken Sandwich:** 780 calories per sandwich

**CENTER FOR DISEASE CONTROL AND PREVENTION, LARRY FITZGERALD OF DISCOUNT TIRES, RESPONDENT:** Media NFL personality of Hennepin county tax accessor's office embroiled in intentional torts of retroactive Texas Governor Rick Perry and over $100,000 in 'factoring of trust deed' commission the seasoned professional conveyed tortiously to some, involved in med mal prac 'forced consumption of an anti-psychotic narcotic' and 'pre-arranged companionship' at least two texatrix of Panoramic City, Calif., are blameworthy of and association with the US Federal Reserve common similarity to respondent Kuramaran.

**STATEMENT OF FACTS:**

Within departure, termination of relations with the University of Wisconsin system and board of regent, specifically Regent Kreuser annualized, fraud on the court judicial strategies of multiple affinity, religious groups contained on a 'forbidden funeral' list of the last will and testament of the philanthropist, humanitarian.

Carelessness on the campuses of most populated students of the UE-System is the primary reason behind the self imposed, critically imperative institutional notice, calling for parties associated with the school to refrain from intentional interference towards personal accolades, future business dealings.

Animal cruelty opposition and fast food proposition, complainant Watson refers the U.S. Health Administration to promote on the Green, Milwaukee and Madison campuses, alongside 'starch, carb'

_ Whitewater

- Oshkosh
- Platteville
- Milwaukee
- River Falls
- Stout
- Green Bay
- Parkside
- Superior
- Waukesha
- Baraboo
- Richfield

Respondent Regent Kreuser is mentioned with FDA officials of state of Virginia and Raisin Cane's fast food criticism of complainant Watson as follows:

" In the states of Nevada, not California has estate planner consumed food items fried in yellow or his tendency is past of greasy spoon Raisin Cane's and its many locations shooting up in Hollywood, among other places, such as Westwood.

CEO AJ Kuramaran was previously named with counter 'antioxidant' consumption the once morbidly obese, health risk took in with

**Kale- lutein**

**Purple Onion- quercetin**

**Purple Cabbage, sulforaphane**

**Jalapeno, capsaicin**

**Rainbow carrots, antoyanins**

**Spring baby mix**

**Arugala- glucosinolates (failed to consume)**

**Edamane, isoflavones (failed to consume)**

**radicchio , Zeaxanthin (failed to consume)**

**ESKO BIONICS 01 Glacier Point, Suite A, San Rafael, CA 94901, USA. RESPONDENT:**

Sudden, cash infusion into Marin county located Esko Bionics with 2.71 million of the existing 3.5 outstanding, considers the volunteer a majority shareholder of the medical, industrial robotics traded company on the Robinhood index, of second of third market, guesses the dysarthria end word repetition, prolongation stammerer of a quasi vulnerable adult, 43-years old and angry, mad at the UW Bpard of Regents for ill gotten profits, swallowed up opulently by distant, bucolic 'animal meat,' regular consumers of 'advantageous historical relations, economically' texatrix, female tort feasors, and testators, who, up, till point lacked 'last will and testament', of burden of proof, sound mind and body capacity and amending revisions, codicil of CT BAR was in a fraudulent testament ongoing conveyance scandal, argues arguer Watson, lacking WI Bar admission or juris doctorate of an unnamed, religiously bias private college, named too.

**PULMORE OF KOREA MINISTRY OF FINANCE, RESPONDENT:**

Private organic vegetable harvest unit and cruciferous green leaf of spring baby mix among antioxidant consumption the estate planner, complainant has past consumption rotary chew history

Korean organic green leaf distributor, possibly negating counter nutritional vendor 'Calumet Diversified Meats, Inc.' and product lines entirety among 'lifetime forbidden nutritional consumption items' such as Heavenly Light popcorn, sold at CVS of Woonsocket, R.I., in Santa Clara county, Calid, even towns at Palo Alto, Mountain View.

No 'animal meat' consumption this year for the dietary reform patient of sudden neuralink 'privacy rights' breach and freedom of information act death threat unless uncensorship among Wal Mart killer nickname of re commerce fulfilment company Amazon.

UW Board of Regent, specifically, Regent James Kreuser failed, rumored careless in airdropping' organic vegetables, or promoting a system wide optional, over represented or not, 'dietary reform; green vegetable deprivation' syndrome side effect ailment of 'nausea, headache and abdominal pain' campaign at the following UW campuses:

now and some, bound for prison are adamant they won't surrender until being able to feign as though they are someone they aren't, genetic charades of a culpa tort potential defendant Hoffman LaRoche and revealing of the authentic character exposed, preys complainant Watson.

**JENSEN HUANG OF NIVIDA OF SANTA CLARA COUNTY, CALIF., SECURITIES ARBITRATION NOTICE TO CALIFORNIA BAR, SURROUNDING, 'ARTIFICIAL INTELLIGENCE' TRADE SECRETS OF MISAPPROPRIATIONS, CLAYTON SECURITES ACT BREACH OF FIDUCIARY SECURITIES AND SHERMAN ACT 1890 VIOLATIONS SLIPPING ICE ON SIDEWALKS OF MILWAUKEE COUNTY DISGORGEMENT UNAUTHORIZATION IN ESTATE RELATED MATTER PHASES OF NAMED COMPLAINANT, AS PREVIOUSLY STATED, RESPONDENT:**

One such North Hollywood industrial commercial lot was tortiously conveyed to the artificial intelligence oracle of third party HID outfit involvement in face recognition anti-terrorism modules, gravitational inertia satellite innovations for Olympics 28's Los Angeles and a custom, makeshift jumbo Olympic sized competition tent for USAB and designated Intuit Dome of Inglewood among expropriated 'realty parcels, land' of North Atlantic Treaty Organization audit subject.

Respondent Huang knows of the Aspark Automotive gift drop interception massacre at downtown Omni Hotel of tort feasor, testator Kurt Richardson of Four Seasons Beijing, as mentioned recently with complainant. Circa tower of Los Angeles, landmark considered to 'peonage' disturbances of celebrated, on the lam; already convicted sentenced individuals, possible conspirators in dozens of casualties, suicides, amassed during matter estate related to planner, testator Watson and Manitowoc, Inc., hydraulic crane manufacturer of Manitowoc county, Wis., cited with respondent Edward Doheny III and organized crime 'intimidation', 'extortion' coupled with respondent Lee C. Bollinger and similar experiences on the many 'dangerously violent' tort feasors and med mal prac tort:

"Forced consumption of an anti-psychotic narcotic", intravenous infusion of a mood altering, second generation neuroleptic, calamity of anydote, among other biomed pharma products, and alert to Dane county civil court forensic examiners.

Brandon K. Watson
2915 W 6th St
Los Angeles, CA 90057




RECEIVED
SEP 17 2026
CLERK'S OFFICE
S.D.N.Y.

USM P3
SDNY

RECEIVED
SDNY PRO SE OFFICE

Prose

U.S. District Court
Southern District of New York
Moynihan Courthouse
c/o Clerk of Court
500 Pearl Street
NY, NY
10017